IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CORDELIA O. NWONWU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 22-03063-CV-S-DPR |
| AMANDA WHEELER, | ) ) ) |
| Defendant. | ) |

**ORDER**

This action has been transferred to this District Court from the United States District Court for the District of Columbia. (Doc. 8.) Still pending at the time of transfer is Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 2.) However, the application was completed and filed in June 2021. Given the passage of time, it is **ORDERED** that Plaintiff file an updated Affidavit of Financial Status form, on or before April 14, 2022. The Clerk's Office is directed to send a copy of this Order and an Affidavit of Financial Status form for this District to Plaintiff via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: March 15, 2022