IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CORDELIA O. NWONWU, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:22-cv-03063-MDH |
| AMANDA WHEELER, | ) |
| Defendant. | ) |

## ORDER

Pro Se Plaintiff filed her Compliant (Doc. 1) June 17, 2021. This matter was transferred to this Court from the District Court for the District of Columbia shortly thereafter. (Doc. 3). On November 11, 2022, this Court partially granted Defendant's Motion to Dismiss. (Doc. 31). In the same order, this Court further ordered Plaintiff "to re-plead the breach of contract allegation in clear language with specific facts no later than December 22, 2022." (Doc. 31). Plaintiff failed to re-assert her breach of contract claim. Instead, Plaintiff appealed and the Court of Appeals found a lack of jurisdiction. (Docs. 33, 35). On February 1, 2023, this Court again ordered Plaintiff to re-assert the breach of contract claim against Defendant Wheeler no later than February 17, 2023. (Doc. 37). Plaintiff has failed to re-assert her original breach of contract claim as ordered by this Court. Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this court dismisses Plaintiff's breach of contract claim against Defendant Wheeler with prejudice.

**IT IS SO ORDERED.**

Dated: February 27, 2023  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**